UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

MARSHAL ROSENBERG,

        Plaintiff(s),                              Case No. 1:18-cv-04830

    -against-                                 AFFIDAVIT OF SERVICE

METROPOLIS GROUP, INC., et al,

        Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK  )
                             S.S.:
COUNTY OF NEW YORK)

        JOSHUA LEE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 6th day of June, 2018, at approximately 2:03 PM, deponent served a true copy of the Summons in a Civil Action, Complaint, Civil Cover Sheet, Appearance of Counsel and Report on the Filing or Determination of an Action or Appeal Regarding a Copyright upon METROPOLIS GROUP, INC. at 22 Cortland Street, 10th Floor, New York, New York, by personally delivering and leaving the same with Maria Esslinger, Human Resources, who informed deponent that she is an agent authorized by appointment to receive service at that address.

        Maria Esslinger is a white female, approximately 50 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 170 pounds with brown hair.

_____
JOSHUA LEE #2060696

Sworn to before me this
7th day of June, 2018

_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2022