

**Tannenbaum Helpern
Syracuse & Hirschtritt** LLP

900 Third Avenue New York, NY 10022-4775
Tel: (212) 508-6700 | Fax: (212) 371-1084
www.thsh.com | @THSHLAW

Kristin G. Garris
Direct Dial: (212) 508-6783
E-mail: Garris@thsh.com

June 27, 2018

**VIA ECF AND FACSIMILE**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Chambers Room 1050
New York, New York 10007

Facsimile: (212) 805-7942

    Re: *Marshal Rosenberg v. Metropolis Group, Inc., et al.*
       *Civil Action No. 1:18-CV-04830-AKH*

Dear Judge Hellerstein:

  Please accept this joint letter to request a thirty-day extension of time for Defendant Metropolis Group, Inc. in the above-referenced matter to answer, move, or otherwise respond to Plaintiff's Complaint. The Plaintiff has agreed to this extension. The parties attach a stipulation reflecting this extension for the Court's review and execution. The parties are available at the Court's convenience to discuss any questions the Court may have with regard to the foregoing.

                       Respectfully submitted,

                       Kristin G. Garris

Enclosure

cc: Robert J. deBrauwere, Esq. (Via ECF and Email)
   Joshua Weigensberg, Esq. (Via ECF and Email)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

| | |
|---|---|
| MARSHAL ROSENBERG, | Civ. Action No. 1:18-CV-04830-AKH |
| Plaintiff, | |
| - against - | **STIPULATION EXTENDING TIME FOR DEFENDANT METROPOLIS GROUP, INC. TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| METROPOLIS GROUP, INC., JOHN DOES 1-10, JANE DOES 1-10, AND XYZ COMPANIES 1-10, | |
| Defendants. | |

-------------------------------------------------------------- x

It is hereby stipulated and agreed by and between undersigned counsel for plaintiff Marshal Rosenberg ("Plaintiff") and defendant Metropolis Group, Inc. ("Defendant") that the time within which Defendant must answer, move, or otherwise respond to Plaintiff's Complaint is hereby extended from June 27, 2018 to July 27, 2018, and undersigned counsel for Plaintiff and Defendant respectfully request that an order consistent with this Stipulation be entered.

| **PRYOR CASHMAN LLP** | **TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP** |
|---|---|
| /s/ Robert J. deBrauwere | /s/ Kristin G. Garris |
| Robert J. deBrauwere | Kristin G. Garris (KG 7220) |
| 7 Times Square | 900 Third Avenue |
| New York, NY 10036 | New York, New York 10022 |
| Telephone: 212.326.0418 | Telephone: (212) 508-6783 |
| Fax: 212.710.6086 | Fax: (646) 390-7011 |
| rdebrauwere@pryorcashman.com | garris@thsh.com |
| *Attorneys for Plaintiff Marshal Rosenberg* | *Attorneys for Defendant Metropolis Group, Inc.* |

SO ORDERED this ____ day of _____, 2018.

_____
HONORABLE ALVIN K. HELLERSTEIN