UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

| | |
|---|---|
| MARSHAL ROSENBERG, | Civ. Action No. 1:18-CV-04830-AKH |
| Plaintiff, | |
| - against - | **NOTICE OF APPEARANCE OF KRISTIN G. GARRIS** |
| METROPOLIS GROUP, INC., JOHN DOES 1-10, JANE DOES 1-10, AND XYZ COMPANIES 1-10, | |
| Defendants. | |

------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that Kristin G. Garris, an attorney duly admitted to practice before this Court, of the law firm Tannenbaum Helpern Syracuse & Hirschtritt LLP, hereby appears on behalf of Defendant Metropolis Group, Inc. in the above-referenced action. Accordingly, I respectfully request that any future correspondence, filings, ECF notification, or other information relating to this matter be addressed to me at the address below, and that I be added as counsel for Defendant on the Docket Sheet.

Dated: New York, New York
       June 27, 2018

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP

_/s/ Kristin G. Garris_
By: Kristin G. Garris
900 Third Avenue
New York, New York 10022
(212) 508-6783
garris@thsh.com
*Attorneys for Defendant*
*Metropolis Group, Inc.*