UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
Marshal Rosenberg,   :
:   18 Civ. 4830 (AKH)
          Plaintiff(s),   :
:
   -against-   :
:   NOTICE OF COURT
:   <u>CONFERENCE</u>
:
:
:
Metropolis Group, Inc., et al.,   :
:
:
          Defendant(s).   :
:
------------------------------------------------------------------x

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/27/18
```

To:  The Attorney(s) for Plaintiff(s) and Defendant(s):

       The Honorable Alvin K. Hellerstein, U.S.D.J. has ordered that counsel for all parties and any pro se parties attend a conference, at the time and place fixed below, for the purpose of Case Management and scheduling pursuant to Rule 16 of the Federal Rules of Civil Procedure. Counsel or pro se plaintiff receiving this notice is directed to furnish all attorneys and any pro se parties in this action, as and when they appear, with copies of this order and enclosures, and to retain due proof thereof. If you are unaware of the identity of counsel for any of the parties, you must forthwith send a copy of this notice and enclosures to that party personally, informing the party that any unrepresented party is required to appear at the conference in person. Counsel attending the conference should be the attorneys who will try the action, or who have full authority to resolve all issues to be decided, to enter into stipulations and who are authorized to discuss settlement.

       DATE, PLACE AND TIME OF CONFERENCE:   **August 3, 2018** at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, in Courtroom 14D at  **<u>10:00 a.m.</u>**

       In the absence of an unforeseeable emergency, applications for adjournment must be submitted no later than 48 hours prior to the conference date, and must be submitted in conformity with Judge Hellerstein's Individual Rule 1.D. All requests for adjournments shall be made by fax to 212-805-7942.

       Counsel are required to meet and confer about case management at least one week prior to the scheduled conference date. At the conference, the parties shall furnish the Court with a written report of their agreements regarding the planning of discovery, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and as required by Judge Hellerstein's Individual Rule 2.A.i. **Individual Rules of Practice and form of Civil Case Management Plan (parties may utilize in making this report)**

are available at **http://www.nysd.uscourts.gov/judge/Hellerstein.** Counsel must still attend the scheduled conference even if they have come to agreement upon all the terms of the Case Management Plan. The Case Management Plan shall provide that the case be ready for trial within the shortest practicable time. As agreed upon by counsel, discovery may, and preferably should, commence prior to the conference before the Court. Counsel shall also inform the Court as to whether they consent to having the action tried before the Magistrate Judge assigned to the action (without identifying which parties have or have not so consented).

In addition to the matters detailed in the Case Management Plan, counsel should also be prepared to address at the conference: the factual and legal bases for their claims or defenses, identification and quantification of all alleged damages, any issue as to subject matter jurisdiction, the factors relevant to the potential for settlement and when such discussions should take place, and any other issue relevant to case management.

If this case has been designated an electronic case, by the date of the initial pretrial conference, counsel for all parties are required to register as filing users in accordance with the Procedures for Electronic Case Filing. In accordance with Individual Chambers Rules, courtesy copies of all motions and supporting memoranda, affidavits, and exhibits must be sent to chambers by mail.

Dated:  **New York, New York**
        **June 27, 2018**

_____
ALVIN K. HELLERSTEIN
United States District Judge

**It is Ordered that counsel to whom this Order is sent is responsible for faxing a copy to all counsel and retaining verification of such in the case file. Do not fax such verification to Chambers.**

**Please include telephone numbers and fax numbers on all documents submitted to the Court.**

(Revised 8/04/16)