```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x

MARSHAL ROSENBERG,

          Plaintiff,

- against -

METROPOLIS GROUP, INC., JOHN DOES 1-10, JANE DOES 1-10, AND XYZ COMPANIES 1-10,

          Defendants.

--------------------------------------------------------------- x

Civ. Action No. 1:18-CV-04830-AKH

**STIPULATION EXTENDING TIME FOR DEFENDANT METROPOLIS GROUP, INC. TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

It is hereby stipulated and agreed by and between undersigned counsel for plaintiff Marshal Rosenberg ("Plaintiff") and defendant Metropolis Group, Inc. ("Defendant") that the time within which Defendant must answer, move, or otherwise respond to Plaintiff's Complaint is hereby extended from June 27, 2018 to July 27, 2018, and undersigned counsel for Plaintiff and Defendant respectfully request that an order consistent with this Stipulation be entered.

| PRYOR CASHMAN LLP | TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP |
|---|---|
| /s/ Robert J. deBrauwere<br>Robert J. deBrauwere<br>7 Times Square<br>New York, NY 10036<br>Telephone: 212.326.0418<br>Fax: 212.710.6086<br>rdebrauwere@pryorcashman.com<br>*Attorneys for Plaintiff Marshal Rosenberg* | /s/ Kristin G. Garris<br>Kristin G. Garris (KG 7220)<br>900 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 508-6783<br>Fax: (646) 390-7011<br>garris@thsh.com<br>*Attorneys for Defendant Metropolis Group, Inc.* |

SO ORDERED this 27 day of _____June_____, 2018.

_____
HONORABLE ALVIN K. HELLERSTEIN