UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

| | |
|---|---|
| MARSHALL ROSENBERG, | : |
| | : |
| Plaintiff | : |
| | : |
| vs. | : Case No.: 1:18-CV-04830-AKH |
| | : |
| | : **NOTICE OF APPEARANCE OF** |
| METROPOLIS GROUP, INC., JOHN DOES 1-10, | : **PAUL D. SARKOZI** |
| JANE DOES 1-10, AND XYZ COMPANIES 1-10, | : |
| | : |
| Defendants. | : |
| | : |
| | : |

------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that Paul D. Sarkozi, an attorney duly admitted to practice before this Court, of the law firm Tannenbaum Helpern Syracuse & Hirschtritt LLP, hereby appears on behalf of Defendant, Metropolis Group, Inc. in the above-referenced action. Accordingly, I respectfully request that any future correspondence, filings, ECF notification, or other information relating to this matter be addressed to me at the address below, and that I be added as counsel for Defendant on the Docket Sheet.

Dated:  New York, New York
        July 25, 2018

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP


_____*/s/ Paul D. Sarkozi*
By: Paul D. Sarkozi
900 Third Avenue
New York, New York 10022
(212) 508-7524
sarkozi@thsh.com
*Attorneys for Defendant*
*Metropolis Group, Inc.*