

**Tannenbaum Helpern
Syracuse & Hirschtritt** LLP

900 Third Avenue New York, NY 10022-4775
Tel: (212) 508-6700 | Fax: (212) 371-1084
www.thsh.com | @THSHLAW

Paul D. Sarkozi
Direct Dial: (212) 508-7524
E-mail: sarkozi@thsh.com

July 25, 2018

**BY ECF AND FACSIMILE**
The Honorable. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Chambers Room 1050
New York, New York, 10007
Facsimile: (212) 805-7942

Re: **Marshal Rosenberg v. Metropolis Group, Inc., et al.
Civil Action No. 1:18-CV-04830-AKH**

Dear Judge Hellerstein:

We represent Defendant Metropolis Group, Inc. in the above- referenced matter. We write to request one further extension of the time to answer, move or otherwise respond to Plaintiff's Complaint – from July 27, 2018 to August 27, 2018. (The parties previously made and the Court granted one 30-day extension of time.) Plaintiff has agreed to the extension. We enclose a copy of a stipulation extending time for the Court's review and execution.

The purpose for the request is to allow the parties the opportunity to see if they can come to an amicable resolution of this matter without the need for further intervention of the Court. Unfortunately, due to a variety of court conflicts, health issues and travel plans, the parties will not be able to complete that work by July 27.

Consistent with this request, the parties also jointly request an adjournment of the Rule 16 conference, which is currently scheduled for August 3, 2018 at 10 am.

We apologize for any inconvenience this request poses for the Court, but would greatly appreciate the Court's consideration of the parties' request.

Respectfully submitted,

Paul D. Sarkozi

Enclosure

cc: Robert J. deBrauwere, Esq. (Via ECF and Email)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

| | |
|---|---|
| MARSHAL ROSENBERG, | Civ. Action No. 1:18-CV-04830-AKH |
| Plaintiff, | |
| - against - | **STIPULATION EXTENDING TIME FOR DEFENDANT METROPOLIS GROUP, INC. TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| METROPOLIS GROUP, INC., JOHN DOES 1-10, JANE DOES 1-10, AND XYZ COMPANIES 1-10, | |
| Defendants. | |

------------------------------------------------------------------ x

It is hereby stipulated and agreed by and between undersigned counsel for plaintiff Marshal Rosenberg ("Plaintiff") and defendant Metropolis Group, Inc. ("Defendant") that the time within which Defendant must answer, move, or otherwise respond to Plaintiff's Complaint is hereby extended from July 27, 2018 to August 27, 2018, and undersigned counsel for Plaintiff and Defendant respectfully request that an order consistent with this Stipulation be entered.

**PRYOR CASHMAN LLP**

/s/ Robert J. deBrauwere
Robert J. deBrauwere
7 Times Square
New York, NY 10036
Telephone: 212.326.0418
Fax: 212.710.6086
rdebrauwere@pryorcashman.com
*Attorneys for Plaintiff Marshal Rosenberg*

**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

/s/ Paul D. Sarkozi
Paul D. Sarkozi
900 Third Avenue
New York, New York 10022
Telephone: (212) 508-7524
Fax: (212) 937-5207
sarkozi@thsh.com
*Attorneys for Defendant Metropolis Group, Inc.*

SO ORDERED this _____ day of _____, 2018.

_____
HONORABLE ALVIN K. HELLERSTEIN