


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSHAL ROSENBERG,

Plaintiff,

- against -

METROPOLIS GROUP, INC., JOHN DOES 1-10, JANE DOES 1-10, AND XYZ COMPANIES 1-10,

Defendants.

Civ. Action No. 1:18-CV-04830-AKH

**STIPULATION EXTENDING TIME FOR DEFENDANT METROPOLIS GROUP, INC. TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

It is hereby stipulated and agreed by and between undersigned counsel for plaintiff Marshal Rosenberg ("Plaintiff") and defendant Metropolis Group, Inc. ("Defendant") that the time within which Defendant must answer, move, or otherwise respond to Plaintiff's Complaint is hereby extended from July 27, 2018 to August 27, 2018, and undersigned counsel for Plaintiff and Defendant respectfully request that an order consistent with this Stipulation be entered.

**PRYOR CASHMAN LLP**

/s/ Robert J. deBrauwere
Robert J. deBrauwere
7 Times Square
New York, NY 10036
Telephone: 212.326.0418
Fax: 212.710.6086
rdebrauwere@pryorcashman.com
*Attorneys for Plaintiff Marshal Rosenberg*

**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

/s/ Paul D. Sarkozi
Paul D. Sarkozi
900 Third Avenue
New York, New York 10022
Telephone: (212) 508-7524
Fax: (212) 937-5207
sarkozi@thsh.com
*Attorneys for Defendant Metropolis Group, Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 7/25/18

SO ORDERED this 25 day of July, 2018.

HONORABLE ALVIN K. HELLERSTEIN