

**Tannenbaum Helpern Syracuse & Hirschtritt** LLP

900 Third Avenue New York, NY 10022-4775
Tel: (212) 508-6700 | Fax: (212) 371-1084
www.thsh.com | @THSHLAW

Paul D. Sarkozi
Direct Dial: (212) 508-7524
E-mail: sarkozi@thsh.com

August 1, 2018

<u>BY ECF AND FACSIMILE</u>

The Honorable. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Chambers Room 1050
New York, New York, 10007

Facsimile: (212) 805-7942

  Re: *Marshal Rosenberg v. Metropolis Group, Inc., et al.*
    <u>Civil Action No. 1:18-CV-04830-AKH</u>

Dear Judge Hellerstein:

  We represent Defendant Metropolis Group, Inc. in the above-referenced matter. With the consent of plaintiff's counsel, we write to request an adjournment of the Rule 16 conference that is scheduled for August 3, 2018 at 10 am.

  On July 25, we wrote to the Court to request an extension of Defendant's deadline to answer or respond to the Complaint and an adjournment of the August 3 Rule 16 conference. (Dkt. No. 16.) The Court granted the request as to the time to answer (Dkt. No. 17), but did not address the request to adjourn the Rule 16 conference. Since the time to answer has been adjourned (in part to permit settlement discussions to proceed), the parties believe that a similar adjournment of the conference would be in the both the parties' and the Court's interests.

  We thank the Court again for granting the extension requests and apologize for any inconvenience this conference adjournment request poses for the Court.

Respectfully submitted,

Paul D. Sarkozi

cc: Robert J. deBrauwere, Esq. (Via ECF and Email)