UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
MARSHALL ROSENBERG, :
:
               Plaintiff :
:
  vs. : Case No.: 1:18-CV-04830-AKH
:
: **NOTICE OF APPEARANCE OF**
METROPOLIS GROUP, INC., JOHN DOES 1-10, : **L. DONALD PRUTZMAN**
JANE DOES 1-10, AND XYZ COMPANIES 1-10, :
:
            Defendants. :
:
:
:
------------------------------------------------------------------- x

      **PLEASE TAKE NOTICE** that L. Donald Prutzman, an attorney duly admitted to practice before this Court, of the law firm Tannenbaum Helpern Syracuse & Hirschtritt LLP, hereby appears on behalf of Defendant, Metropolis Group, Inc. in the above-referenced action. Accordingly, I respectfully request that any future correspondence, filings, ECF notification, or other information relating to this matter be addressed to me at the address below, and that I be added as counsel for Defendant on the Docket Sheet.

Dated:  New York, New York
          August 27, 2018

                                        **TANNENBAUM HELPERN**
                                        **SYRACUSE & HIRSCHTRITT LLP**

                                          */s/ L. Donald Prutzman*
                                        By: L. Donald Prutzman
                                        900 Third Avenue
                                        New York, New York 10022
                                        (212) 508-6783
                                        prutzman@thsh.com
                                        *Attorneys for Defendant*
                                        *Metropolis Group, Inc.*