UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
MARSHAL ROSENBERG,            : Civ. Action No. 1:18-CV-04830-AKH
:
Plaintiff,         :
:
- against -         : **NOTICE OF MOTION**
:
METROPOLIS GROUP, INC., JOHN DOES 1- :
10, JANE DOES 1-10, AND XYZ COMPANIES :
1-10,                         :
:
Defendants.       :
:
------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that upon the Memorandum of Law in support hereof dated August 27, 2018 (the "Memorandum of Law"), the Affidavit of Kristin Garris dated August 27, 2018, the exhibit annexed thereto, and all prior pleadings and proceedings had herein, Defendant Metropolis Group, Inc. will move this Court before the Honorable Alvin K. Hellerstein, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, in Courtroom 14D, on the 28th day of September, 2018, at 10:00 a.m. or as soon thereafter as counsel may be heard for an Order pursuant to Fed. R. Civ. P. 8(a) and 12(b)(6) dismissing the Complaint on the grounds, and for the reasons, set forth in the Memorandum of Law.

Dated:  New York, New York
        August 27, 2018

                                TANNENBAUM HELPERN SYRACUSE
                                & HIRSCHTRITT, LLP

                                By: _____
                                L. Donald Prutzman
                                Paul D. Sarkozi
                                Kristin G. Garris

900 Third Avenue
New York, New York 10022
212-508-6783
prutzman@thsh.com
sarkozi@thsh.com
garris@thsh.com

*Attorneys for Defendant Metropolis Group, Inc.*

2