Page 2 of 2    2018-09-06 15.45.47 EDT

Case 1:18-cv-04830-AKH   Document 25   Filed 09/06/18   Page 1 of 1
Case 1:18-cv-04830-AKH   Document 24   Filed 09/06/18   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
FILED: 9/6/18

September 6, 2018

*So Ordered
9-6-18
Alvin K. Hellerstein*

VIA ECF AND FACSIMILE (212.805.7942)

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10017

Re:  *Marshal Rosenberg v. Metropolis Group, Inc. et al.,*
Case No. 1:18-CV-04830 (AKH) – Joint Request re: Briefing Schedule

Dear Judge Hellerstein:

Counsel for plaintiff Marshal Rosenberg ("Rosenberg") and defendant Metropolis Group, Inc. ("Metropolis") submit this joint request for an extension of the deadlines for the opposition and reply papers pertaining to Metropolis's motion to dismiss filed on August 27, 2018, and made returnable on September 28, 2018 (the "Motion").

Under Local Civil Rule 6.1(b), Rosenberg's opposition to the Motion is due Monday, September 10, 2018, and Metropolis's reply is due Monday, September 18, 2018. In light of scheduling constraints, including the Labor Day and Jewish holidays, Rosenberg and Metropolis have agreed upon the following briefing schedule: (i) September 17, 2018, for Rosenberg's opposition, and (ii) September 28, 2018 for Metropolis's reply.

We respectfully request that your Honor so-order the parties' agreed-upon briefing schedule. No previous request has been made to extend the Motion's briefing schedule, and this request will not impact the previously scheduled September 14, 2018 status conference.

Respectfully submitted,

Robert J. deBrauwere
Joshua Weigensberg
*Counsel for Plaintiff*

L. Donald Prutzman, Jr.
Paul D. Sarkozi
Kristin G. Garris
*Counsel for Defendant*