UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
MARSHAL ROSENBERG,                                            :    **SCHEDULING ORDER**
                                                              :
                      Plaintiff,                  :
                                                              :    18-cv-4830
   -against-                                                 :
                                                              :
METROPOLIST GROUP INC. et al.,                                :    USDC SDNY
                                                              :    DOCUMENT
                      Defendant.                  :    ELECTRONICALLY FILED
                                                              :    DOC #:_____
------------------------------------------------------------- X    FILED: 9/7/2018

ALVIN K. HELLERSTEIN, U.S.D.J.:

      In light of the pending motion to dismiss, the status conference scheduled for September 14, 2018, is cancelled, and will be rescheduled on the resolution of the motion.

SO ORDERED.

Dated:   September 7, 2018
              New York, New York
                                            ALVIN K. HELLERSTEIN
                                            United States District Judge