ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/18

TO: Concerned Parties

FROM: Brigitte Jones, Courtroom Deputy        Date: 9/27/18
by Order of Judge Alvin K. Hellerstein

Marshal Rosenberg v. Metropolis Group, Inc. - 18 Civ. 4830 (AKH)

You are hereby notified that you are required to appear for an oral argument.

Date:  November 15, 2018
Time:  12:00 p.m.
Place: U.S. Courthouse - Southern District of New York
       500 Pearl Street
       Courtroom 14D
       New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to <u>all counsel</u> involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

/s/ Alvin K. Hellerstein
9-27-18