UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARSHAL ROSENBERG,<br><br>                              Plaintiff,<br><br>   -against-<br><br>METROPOLIS GROUP, INC, JOHN DOES 1-10, JANE DOES 1-10 and XYZ COMPANIES 1-10,<br><br>                              Defendants. | No. 18-cv-04830 (AKH)<br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for plaintiff Marshal Rosenberg, and requests that copies of all notices and other papers in this case be sent to:

>PRYOR CASHMAN LLP
>Attn:   Giovanna M. Marchese, Esq.
>
>7 Times Square
>New York, New York 10036-6569
>Tel: (212) 421 4100
>gmarchese@pryorcashman.com

Dated:  New York, New York
        December 13, 2018

>PRYOR CASHMAN LLP
>
>By: _/s/ Giovanna Marchese_
>       Giovanna M. Marchese
>       7 Times Square
>       New York, New York 10036-6569
>       (212) 421-4100
>
>       *Attorneys for Plaintiff*