AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| MARSHAL ROSENBERG, <br><br> *Plaintiff(s)* <br> v. <br> METROPOLIS GROUP, INC., A&N DESIGN STUDIO, INC. D/B/A DOOR3 BUSINESS APPLICATIONS, JOHN DOES 1-10, JANE DOES 1-10 and XYZ COMPANIES 1-10, <br> *Defendant(s)* | Civil Action No. 18-CV-04830 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  A&N Design Studio, Inc. d/b/a Door3 Business Applications
22 Cortlandt St., 11th Floor, New York, New York 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Robert J. deBrauwere
Pryor Cashman LLP
7 Times Square
New York, New York 10036
(212) 421-4100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/17/2018                                   /s/ P. Canales
                                                    *Signature of Clerk or Deputy Clerk*

