☐☐☐☐
**Tannenbaum Helpern**
**Syracuse & Hirschtritt** LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/19

900 Third Avenue New York, NY 10022-4775
Tel: (212) 508-6700 | Fax: (212) 371-1084
www.thsh.com | @THSHLAW

Writer's Direct Dial: (212) 508-6739
E-mail: prutzman@thsh.com

December 26, 2018

So ordered.

[signature]
A. K. Hellerstein
1/2/19

**VIA FACSIMILE**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14D
New York, New York 10017
Fax: (212) 805-7942

Re:   *Rosenberg v. Metropolis Group, Inc.*
      18-cv-4830 (AKH)

Dear Judge Hellerstein:

We represent Defendant Metropolis Group, Inc. ("Metropolis") in the above-captioned action, in which the Plaintiff recently filed an amended complaint pursuant to the Court's Order at the November 30 conference, which directed Plaintiff to join Door3, the developer of the allegedly infringing software, as a defendant.

With the consent of Plaintiff, Metropolis respectfully requests an extension to January 4, 2019 of its time to respond to the amended complaint. Absent an extension, Metropolis' Answer to the Amended Complaint is due December 27, 2018. There have been no prior requests for extensions of the time to respond to the Amended Complaint. The next conference with the Court has been scheduled for February 15, 2019 at 10am.

As background for the request, I note the following: On December 21, 2018, I asked counsel for Plaintiff Robert J. deBrauwere for consent to an extension of Metropolis' time to respond to the Amended Complaint to a date that would coincide with Door3's time to respond. He advised that he would consider the request and let me know. Earlier today Mr. deBrauwere advised that he had not yet had an opportunity to discuss my request with his client and so was not yet in a position to respond to it. He did, however, graciously consent to an extension of time to January 4, 2019 to allow time to consider my initial request. Accordingly, at this time

The Honorable Alvin K. Hellerstein
December 26, 2018
Page 2 of 2

Metropolis is requesting an extension to January 4, 2019 without prejudice to a request for the extension originally discussed with counsel once Mr. deBrauwere is able to respond to it.

Finally, I note that this request for adjournment is untimely under § 1.D of this Court's individual rules. The reason for the untimeliness is that we were seeking consent of counsel, as set forth above. We respectfully request that the Court excuse the untimeliness.

Respectfully submitted,

*[signature]*

L. Donald Prutzman

cc: Robert J. deBrauwere, Esq. (via email)
Raymond J. Dowd, Esq. (via email)
Samuel A. Blaustein, Esq. (via email)