AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Marshal Rosenberg | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cv-4830 (AKH) |
| Metropolis Group, Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

A&N Design Studio, Inc. d/b/a Door3 Business Applications

Date:    01/24/2019

*Attorney's signature*

Kamanta Kettle KK2259
*Printed name and bar number*

250 Park Avenue, Suite 1103
New York, New York 10177

*Address*

kkettle@dunnington.com
*E-mail address*

(212) 682-8811
*Telephone number*

(212) 661-7769
*FAX number*