# DUNNINGTON
## BARTHOLOW & MILLER LLP

### ATTORNEYS AT LAW

230 Park Avenue | New York, NY 10169 | Telephone: 212.682.8811 | www.dunnington.com | Kkettle@dunnington.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/19
```

February 19, 2019

*So ordered*
*2-22-19*
*[signature] A.K. Hellerstein*

**VIA ECF**
Hon. Alvin K. Hellerstein, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Rosenberg v. Metropolis Group, Inc. et al.*, 18-cv-04830 (AKH)
       Notice of Voluntary Dismissal of Cross-Claim

Dear Judge Hellerstein:

Pursuant to Federal Rule of Civil Procedure 41(c) and the Court's Individual Rules, Defendant A&N Design Studio, Inc. d/b/a/ DOOR3 Business Applications hereby voluntarily dismisses its cross-claim against Defendant Metropolis Group, Inc., without prejudice.

Respectfully submitted,

/s/Kamanta C. Kettle

cc: Hon. Alvin K. Hellerstein (via fax)
    all counsel of record (via ECF)